# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152986(14)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ISADORE LAMARR HALL
a/k/a ROBERT CHARLES HALL,
     Defendant-Appellant.

SC: 152986
COA: 329713
Macomb CC: 01-000388-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's October 26, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017

Clerk

a0227